**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: STERMER, EUGENE F, JR | § | Case No. 09-00477-JS |
| STERMER, JANET | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 09, 2009. The undersigned trustee was appointed on January 09, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $       100,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 41,986.13 |
| Bank service fees | 369.33 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 57,644.54 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/12/2018 and the deadline for filing governmental claims was 04/12/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,259.32. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,259.32, for a total compensation of $6,259.32.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $18.24, for total expenses of $18.24.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/30/2019     By: /s/ALEX D. MOGLIA
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-00477-JS  
**Case Name:** STERMER, EUGENE F, JR  
STERMER, JANET  
**Period Ending:** 01/30/19  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 01/09/09 (f)  
**§341(a) Meeting Date:** 02/11/09  
**Claims Bar Date:** 04/12/18  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Real Estate located at Location: 6230 W, Chicago | 300,000.00 | 0.00 | | 0.00 | FA |
| 2  Checking account with Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 3  Savings account with Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 4  Miscellaneous used household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 5  Personal used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6  Employer - Term Life Insurance - no cash surrend | 0.00 | 0.00 | | 0.00 | FA |
| 7  Pension through employer | 23,935.42 | 0.00 | | 0.00 | FA |
| 8  401k through employer | 191.00 | 0.00 | | 0.00 | FA |
| 9  Anticipated 2008 Tax Return | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 10  08 Toyota Camry, 20,000 miles Value Based on KBB Private Party good Condition | 14,010.00 | 0.00 | | 0.00 | FA |
| 11  Mesh litigation personal injury case (u) | 100,000.00 | 100,000.00 | | 100,000.00 | FA |
| 12  2nd pelvic mesh PI case and settllment (u) Order entered 9/6/18 abandoning asset as this is a surplus estate | 40,000.00 | 40,000.00 | OA | 0.00 | FA |
| 12  Assets  Totals (Excluding unknown values) | **$484,936.42** | **$144,000.00** | | **$100,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order entered 9/6/18 abandoning the 2nd pelvic mesh case

**Initial Projected Date Of Final Report (TFR):** December 31, 2018     **Current Projected Date Of Final Report (TFR):** December 14, 2018  (Actual)

Printed: 01/30/2019 10:56 AM     V.14.50

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-00477-JS  
**Case Name:** STERMER, EUGENE F, JR  
STERMER, JANET  
**Taxpayer ID #:** **-***7992  
**Period Ending:** 01/30/19

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/25/18 | | Wexler Wallace LLP | Settlement Janet Stermer BKY 09-00477 | | | 95,000.00 | | 95,000.00 |
| | {11} | | Gross settlement of the estate's interest litigation | 100,000.00 | 1242-000 | | | 95,000.00 |
| | | | Special Counsel 4% fee holdback | -4,000.00 | 3210-600 | | | 95,000.00 |
| | | | MDL Client Expense Assesment 1% holdback | -1,000.00 | 3991-000 | | | 95,000.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 94,990.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 145.73 | 94,844.27 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 140.96 | 94,703.31 |
| 09/28/18 | 101 | Wexler Wallace, LLP | Legal fees for special Counsel | | 3210-600 | | 36,000.00 | 58,703.31 |
| 09/28/18 | 102 | Wexler Wallace, LLP | Legal expenses for special counsel | | 3220-610 | | 736.16 | 57,967.15 |
| 09/28/18 | 103 | Garretson Lien Resolution Group | Invoice 666628 re Janet Stermer Lien Fee | | 3991-000 | | 125.00 | 57,842.15 |
| 09/28/18 | 104 | Motley Rice | settlement evaluation expense | | 3991-000 | | 125.00 | 57,717.15 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 72.64 | 57,644.51 |
| 11/13/18 | | Wexler Wallace LLP | overpayment to special counsele for expense | | 3220-610 | | -0.03 | 57,644.54 |
| | | | **ACCOUNT TOTALS** | | | 95,000.00 | 37,355.46 | **$57,644.54** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 95,000.00 | 37,355.46 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$95,000.00** | **$37,355.46** | |

{} Asset reference(s)

Printed: 01/30/2019 10:56 AM  V.14.50

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-00477-JS | **Trustee:** ALEX D. MOGLIA (330260) |
| **Case Name:** STERMER, EUGENE F, JR / STERMER, JANET | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******6267 - Checking Account |
| **Taxpayer ID #:** **-***7992 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/30/19 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6266** | 95,000.00 | 37,355.46 | 57,644.54 |
| **Checking # ******6267** | 0.00 | 0.00 | 0.00 |
| | $95,000.00 | $37,355.46 | $57,644.54 |

# Claims Register

### Case: 09-00477-JS    STERMER, EUGENE F, JR

Claims Bar Date: 04/12/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>01/09/09 | [Updated by Surplus to Debtor Report based on Net Estate Value: 60186.48] | $6,259.32<br>$6,259.32 | $0.00 | $6,259.32 |
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>10/31/17 | | $18.24<br>$18.24 | $0.00 | $18.24 |
| | SPRINGER BROWN LLC<br>WHEATON OFFICE CENTER<br>300 S. COUNTY FARM ROAD - SUITE I<br>WHEATON, IL 60187<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>10/31/17 | | $8,234.50<br>$8,234.50 | $0.00 | $8,234.50 |
| | Wexler Wallace LLP<br>55 West Monroe Street<br>Suite 3300<br>Chicago, IL 60603<br><3210-60  Special Counsel for Trustee Fees>, 200 | Admin Ch. 7<br>10/31/17 | SEE DKT. #'s 33 & 37 | $36,000.00<br>$36,000.00 | $36,000.00 | $0.00 |
| | SPRINGER BROWN LLC<br>WHEATON OFFICE CENTER<br>300 S. COUNTY FARM ROAD - SUITE I<br>WHEATON, IL 60187<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>10/31/17 | | $12.85<br>$12.85 | $0.00 | $12.85 |
| | Wexler Wallace LLP<br>55 West Monroe Street<br>Suite 3300<br>Chicago, IL 60603<br><3220-61  Special Counsel for Trustee Expenses>, 200 | Admin Ch. 7<br>10/31/17 | SEE DKT. #'s 33 & 37 | $736.13<br>$736.13 | $736.13 | $0.00 |
| | Garretson Lien Resolution Group<br>ATTN: Billing Dept.<br>4062 Colony Road<br>Charlotte, NC 28211<br><3991-00  Other Professional Fees>, 200 | Admin Ch. 7<br>10/31/17 | SEE DKT. #'s 33 & 37 | $275.00<br>$275.00 | $125.00 | $150.00 |
| | Motley Rice<br>ATTN: Jesica Carter Clendenin<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br><3991-00  Other Professional Fees>, 200 | Admin Ch. 7<br>10/31/17 | Settlement evaluation expense - SEE DKT. #'s 33 & 37 | $125.00<br>$125.00 | $125.00 | $0.00 |

# Claims Register

### Case:  09-00477-JS    STERMER, EUGENE F, JR

Claims Bar Date:  04/12/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook, IL 60523<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/28/09 | | $715.15<br>$715.15 | $0.00 | $715.15 |
| 1I | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook, IL 60523<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/28/09 | calculated at Interest rate 0.44% | $31.66<br>$31.66 | $0.00 | $31.66 |
| 2 | City of Chicago Dept of Finance Utility Billing<br>PO BOX 6330<br><br>Chicago, IL 60680<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/31/18 | Statutory lien with respect to real property of debtor - no proceeds received.  Mortgagee lifted stay. | $172.39<br>$172.39 | $0.00 | $172.39 |
| 2I | City of Chicago Dept of Finance Utility Billing<br>PO BOX 6330<br><br>Chicago, IL 60680<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/31/18 | calculated at Interest rate 0.44% | $7.63<br>$7.63 | $0.00 | $7.63 |
| 3 | eCAST Settlement Corporation<br>PO Box 35480<br><br>Newark, NJ 07193-5480<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/02/18 | HSBC Bank Nevada & its Assign.; Acct. #9414 | $1,025.04<br>$1,025.04 | $0.00 | $1,025.04 |
| 3I | eCAST Settlement Corporation<br>PO Box 35480<br><br>Newark, NJ 07193-5480<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>04/02/18 | calculated at Interest rate 0.44% | $45.39<br>$45.39 | $0.00 | $45.39 |
| 4 | eCAST Settlement Corporation<br>PO Box 35480<br><br>Newark, NJ 07193-5480<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/02/18 | HSBC Bank Nevada & its Assign.; Acct. #0976 | $582.72<br>$582.72 | $0.00 | $582.72 |
| 4I | eCAST Settlement Corporation<br>PO Box 35480<br><br>Newark, NJ 07193-5480<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>04/02/18 | calculated at Interest rate 0.44% | $25.80<br>$25.80 | $0.00 | $25.80 |

# Claims Register

## Case: 09-00477-JS    STERMER, EUGENE F, JR

Claims Bar Date: 04/12/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | 2100 n us hwy 12 /Dr. David Bowers<br>2100 N US HWY 12 Suite 201<br>SPRING GROVE, IL 60081<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>05/21/18 | | $527.00<br>$527.00 | $0.00 | $527.00 |
| 5I | 2100 n us hwy 12 /Dr. David Bowers<br>2100 N US HWY 12 Suite 201<br><br>SPRING GROVE, IL 60081<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>05/21/18 | calculated at Interest rate 0.44% | $23.33<br>$23.33 | $0.00 | $23.33 |
| SURPLUS | STERMER, EUGENE F, JR<br>8444 W. Gregory<br>Apt 3 South<br>CHICAGO, IL 60656<br><8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | Unsecured<br>01/09/09 | | $39,813.52<br>$39,813.52 | $0.00 | $39,813.52 |
| | | | **Case Total:** | | **$36,986.13** | **$57,644.54** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 09-00477-JS
Case Name: STERMER, EUGENE F, JR
Trustee Name: ALEX D. MOGLIA

**Balance on hand:** $ 57,644.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 57,644.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 6,259.32 | 0.00 | 6,259.32 |
| Trustee, Expenses - ALEX D. MOGLIA | 18.24 | 0.00 | 18.24 |
| Attorney for Trustee, Fees - SPRINGER BROWN LLC | 8,234.50 | 0.00 | 8,234.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN LLC | 12.85 | 0.00 | 12.85 |
| Other Fees: Garretson Lien Resolution Group | 275.00 | 125.00 | 150.00 |

Total to be paid for chapter 7 administration expenses: $ 14,674.91
Remaining balance: $ 42,969.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 42,969.63

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 42,969.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,495.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ComEd Company | 715.15 | 0.00 | 715.15 |
| 2 | City of Chicago Dept of Finance Utility Billing | 172.39 | 0.00 | 172.39 |
| 3 | eCAST Settlement Corporation | 1,025.04 | 0.00 | 1,025.04 |
| 4 | eCAST Settlement Corporation | 582.72 | 0.00 | 582.72 |

| | Total to be paid for timely general unsecured claims: | $ | 2,495.30 |
|---|---|---|---|
| | Remaining balance: | $ | 40,474.33 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 527.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | 2100 n us hwy 12 /Dr. David Bowers | 527.00 | 0.00 | 527.00 |

Total to be paid for tardy general unsecured claims: $ 527.00
Remaining balance: $ 39,947.33

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 39,947.33

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $133.81. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 39,813.52.

**UST Form 101-7-TFR (05/1/2011)**