UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re: )
)
**STERMER, EUGENE F, JR** ) Bankruptcy Case No. 09-00477 JS
**STERMER, JANET** ) Chapter 7
)
Debtor(s). )

### CERTIFICATE OF SERVICE

The undersigned certifies that on February 13, 2019, I served by prepaid first class mail a copy of the Amended Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

STERMER, EUGENE F, JR
STERMER, JANET
8444 W. Gregory
Apt 3 South
CHICAGO, IL 60656

MARTIN LEAR
LEGAL HELPERS
233 S WACKER DRIVE, SUITE 5150
CHICAGO, IL 60606

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Phone: (312) 886-5785
FAX: (312) 886-5794

Wexler Wallace LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603

SPRINGER BROWN LLC
WHEATON OFFICE CENTER
300 S. COUNTY FARM ROAD - SUITE I

WHEATON, IL 60187

Garretson Lien Resolution Group
ATTN: Billing Dept.
4062 Colony Road
Charlotte, NC 28211

Wexler Wallace LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603

SPRINGER BROWN LLC
WHEATON OFFICE CENTER
300 S. COUNTY FARM ROAD - SUITE I
WHEATON, IL 60187

Motley Rice
ATTN: Jesica Carter Clendenin
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173

1   ComEd Company
    Attn Revenue Management Dept
    2100 Swift Drive
    Oak Brook, IL 60523

2   City of Chicago Dept of Finance Utility Billing
    PO BOX 6330
    Chicago, IL 60680

3   eCAST Settlement Corporation
    PO Box 35480
    Newark, NJ 07193-5480

4   eCAST Settlement Corporation

      PO Box 35480
      Newark, NJ 07193-5480

5      2100 n us hwy 12 /Dr. David Bowers
      2100 N US HWY 12 Suite 201
      SPRING GROVE, IL 60081

<u>/s/ ALEX D. MOGLIA</u>
Chapter 7 Trustee
ALEX D. MOGLIA, Trustee
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173
Phone: (847) 884-8282
Fax: (847) 884-1188